IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

YAMILET R. MONSERRATE,

    Plaintiff,

v.

TARGET CORPORATION,

    Defendant.
_____/

GENERAL JURISDICTION DIVISION

CASE NO.: 13-07629 CA 20

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

The Plaintiff, **YAMILET R. MONSERRATE**, by and through undersigned counsel, and sues the Defendant, **TARGET CORPORATION**, and as grounds therefore states as follows:

1. This is an action for damages which exceed fifteen thousand dollars ($15,000.00) exclusive of interest and costs.

2. At all times material hereto, the Plaintiff, **YAMILET R. MONSERRATE**, was and is a resident of Miami, Miami-Dade County, Florida and was otherwise sui juris.

3. At all times material hereto, the Defendant, **TARGET CORPORATION**, (hereinafter referred to as **"TARGET"**) was and is a Florida Corporation organized under the Laws of the State of Florida and doing business in Miami, Miami-Dade County, Florida.

4. Venue is proper in this County in that the Defendant does business in Miami-Dade County, Florida and/or all of the acts complained of herein occurred in Miami-Dade County, Florida.

5. That on or about December 23, 2010, the Plaintiff, **YAMILET R. MONSERRATE**, was a business invitee of the Defendant, **TARGET**.

EXHIBIT "B"

6. That at all times material hereto and specifically on December 23rd, 2010, Defendant, **TARGET**, owned, managed, controlled, operated, and/or maintained the premises located at 15005 Southwest 88th Street, Miami, FL 33196.

7. That on or about December 23, 2010, the Plaintiff, **YAMILET R. MONSERRATE**, was in Defendant, **TARGET'S** premises, when she slipped and fell on water or other similar substance.

8. That the Defendant owed to its business invitees a duty to provide a reasonably safe environment.

9. That the Defendant its agents, servants or employees, breached its duty owed to the Plaintiff by negligently maintaining its premises in the following manner:

   a. By failing to maintain the floor of the premises in a reasonably safe condition, to wit, allowing water and/or other substance to remain on the floor, and to prevent dangerous conditions from occurring; and/or

   b. By failing to warn of the dangerous condition that existed at the time of the Plaintiff's accident; and/or

   c. Failing to place barricades, wet floor signs, or other marking or devices utilized to alert customers such as the Plaintiff of the dangerous condition that existed at the time of Plaintiff's accident; and/or

   d. Was otherwise negligent in the care, maintenance, and upkeep of the premises.

10. That the Defendant knew or in the exercise of reasonable care should have known of the existence of the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff, and the condition had existed for a sufficient length of time that the Defendant knew or should have known of the condition and could have easily remedied it.

11. As a direct and proximate result of the aforementioned negligence of the Defendant, **TARGET**, the Plaintiff, **YAMILET R. MONSERRATE**, slipped on water and/or a similar substance which had accumulated on the floor, and sustained severe, grievous and permanent injuries, physical and

mental pain and suffering, grief, anguish, inability to lead a normal life, permanent aggravation of a pre-existing condition and further incurred hospital bills, medical bills, and other bills as a result of said injuries; said injuries are either permanent or continuing in their nature and the Plaintiff, **YAMILET R. MONSERRATE** will suffer the losses in the future.

WHEREFORE, the Plaintiff, **YAMILET R. MONSERRATE**, does hereby demand judgment for damages, costs and interest from the Defendant, **TARGET**, together with whatever other relief the Court deems just and appropriate.

### DEMAND FOR JURY TRIAL

The Plaintiff, **YAMILET R. MONSERRATE**, does hereby demand trial by jury of all issues so triable as a matter of right.

Dated: Feb. 26, 2013

RUBENSTEIN LAW, P.A.
Attorneys for Plaintiff
9155 South Dadeland Boulevard
Suite 1600
Miami, Florida 33156
Tel: (305) 661-6000
Fax: (786)230-2934
E-mail: tony@rubensteinlaw.com
nancy@rubensteinlaw.com
eservice@rubensteinlaw.com

By: _____
ANTHONY J. SOTO
Florida Bar No.: 816159